LAW OFFICES OF J. GRANT KENNEDY
J. Grant Kennedy (SB# 103698)
141 Duesenberg Drive, Suite 4
Westlake Village, CA  91362
Telephone:  (805) 374-0010

Attorneys for George S. Louie

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE | Case No. 2:05-cv-0984 DFL DAD PS |
| Plaintiffs | SUBSTITUTION OF ATTORNEY |
| v. | |
| ROBERT A. CARICHOFF; AND JESSICA LYNN COLEMAN | |
| Defendants. | |

GEORGE S. LOUIE hereby substitutes J. Grant Kennedy, who is retained counsel, address is 141 Duesenberg Drive, Suite 4, Westlake Village, California, 91362-3489, telephone number is 805-374-0010, facsimile number is 805-374-0048 and state bar number is 103698, as attorney of record in place and stead of GEORGE S. LOUIE.

The original document with original signatures is in the possession of the Law Offices of J. Grant Kennedy.

DATED: June 1, 2005          LAW OFFICES OF J. GRANT KENNEDY

                             BY:_____/s/_____

                                       J. GRANT KENNEDY

1

SUBSTITUTION OF ATTORNEY

DATED:   June 1, 2005

BY:_____/s/_____
GEORGE S. LOUIE,

I am duly admitted to practice in this District, and consent to the above substitution.

DATED: JUNE 1, 2005          LAW OFFICES OF J. GRANT KENNEDY
BY:_____
J. GRANT KENNEDY

**ORDER**

Substitution of attorney is hereby ___X__ approved. _____ Denied.

DATED: June 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/louie0984.subatty

2

SUBSTITUTION OF ATTORNEY

## PROOF OF SERVICE

I, J. Grant Kennedy, declare as follows:

I am a member in good standing of the Bar of the U.S. District Court for the Eastern District of California, Northern District of California, Central District of California and I am counsel of record for the plaintiff in the action(s) to which the below referenced document is filed. On _____, 2005  I served the following documents **NOTICE OF SUBSTITUTION OF ATTORNEY** upon the attorneys of record in each of the actions involved in the above-referenced Motion by [ ] depositing true copies thereof in the United States Mail in the County of Ventura, State of California, enclosed in sealed envelopes, with postage thereon fully prepaid, and addressed as follows, and/or [ ]faxed copies of the documents with the permission of those being served such documents.

> Robert A. Carichoff
> U.S. Bank Plaza
> 980 Ninth Street
> Suite 1600
> Sacramento, CA. 95814
>     t: 916.449.9506
>     f: 916.419.1198

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
J. Grant Kennedy