IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. LOUIE,

    Plaintiff,                    No. CIV S-05-0984 DFL DAD PS

    vs.

ROBERT A. CARICHOFF, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 16, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court further notes that the case raises serious comity concerns; as a general matter, problems in a state court litigation should be handled within that litigation rather than by

suit in federal court with the potential for interference in the operation of the state civil justice system.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2005, are adopted in full;

2. Defendants' motion to dismiss is granted and this entire action is dismissed with prejudice; and

3. Defendants' request for an order declaring plaintiff a vexatious litigant is denied without prejudice.

DATED: 8/9/2006

_____
DAVID F. LEVI
United States District Judge