UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. CARICHOFF, an individual; JESSICA L. COLEMAN, an individual,<br><br>Defendants. | Case No. 2:05-cv-0984-JAM-DAD<br><br><u>ORDER AWARDING ATTORNEY'S<br>FEES AND COSTS</u> |

George S. Louie ("Plaintiff") brought this action against Robert A. Carichoff and Jessica L. Coleman (collectively, "Defendants") based on violations of the Americans with Disabilities Act ("ADA"). On August 9, 2006, this Court dismissed Plaintiff's Complaint with prejudice. Subsequently, on November 11, 2006, the Court granted Defendants' Motion for Attorney's Fees and Costs, finding Plaintiff's ADA claim to be frivolous. On appeal, the Ninth Circuit affirmed the dismissal of Plaintiff's

1

Complaint but found the Court erred in awarding attorney's fees for Carichoff's self-representation. Therefore, the Ninth Circuit remanded the action to this Court to determine the proper fee award for Carichoff's representation of only Coleman. Defendants filed another Motion for Attorneys Fees and Costs. Plaintiff did not oppose the Motion.

In his declaration, Carichoff states that his costs and fees amount to $ 7,888.48. Carichoff Decl. ¶¶ 2-3. Furthermore, Carichoff states that he would have incurred the same costs and fees had Coleman been sued individually in this matter. Id. ¶ 2. Accordingly, the Court awards Defendants attorney's fees and costs in the amount of $ 7,888.48. Defendants' Motion for Attorney's Fees and Costs is GRANTED.

IT IS SO ORDERED.

DATED: May 14, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE